

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: J.T. VAUGHN ENTERPRISES, INC. AND CAPFORM, INC., | § § | No. 08-14-00168-CV |
|  | § | ORIGINAL PROCEEDING |
| RELATORS. | § | ON PETITION FOR WRIT OF MANDAMUS |
|  | § |  |

### MEMORANDUM OPINION

Relators, J.T. Vaughn Enterprises, Inc. and Capform, Inc., have filed a petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso, requesting that we require Respondent to withdraw orders denying Relators' pleas to the jurisdiction and motion to abate. The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. We conclude that Relators have failed to establish they are entitled to mandamus relief.

September 12, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)(Not Participating)